**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **El Paso LTACH Partners, LP**

CASE NO 25-31495

CHAPTER **7**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____**12/29/2025**_____    Signature _____

Jeanette Tan, M.D., President

The following creditors were ADDED to the Debtor's Matrix:

Schedule E:

Internal Revenue Service
P.O. Box 9941 Stop 6552
Ogden, UT 84409-0941

Schedule F:

Jorge Murga
IRS Revenue Officer
700 East San Antonio, Room 156
El Paso, TX 79901

Debtor name      **El Paso LTACH Partners, LP**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known):     **25-31495**

☑ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑   *Amended Schedule* __E/F_____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration __AMENDED VERIF OF (ADDED) CREDITORS__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **12/23/2025**          X _____
         MM/ DD/ YYYY                Signature of individual signing on behalf of debtor

                                        **Jeanette Tan, M.D.** _____
                                        Printed name

                                        **President** _____
                                        Position or relationship to debtor